UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD DI POMPO,

                    Plaintiff,

-against-                              21 CIVIL 1340 (CS)

## JUDGMENT

VILLAGE OF BREWSTER POLICE OFFICER
M. MENDELSON, BADGE SHIELD #22,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 7, 2022, Defendant's motion for reconsideration is GRANTED in part and DENIED in part. Plaintiff's complaint is dismissed without prejudice pursuant to Rule 12(b)(5) as to Defendant Mendelson; accordingly, the case is closed.

**Dated:** New York, New York

      April 7, 2022

                                                      RUBY J. KRAJICK

                                                      Clerk of Court

                         BY:

                                                      **Deputy Clerk**